**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

Michelle Unique Miller                                §
                                                      §
                                                      §
          Plaintiff                                   §
                                                      §
               v.                                     §          Case No.  3:26-cv-75
State of North Dakota                                 §
                                                      §
                                                      §
                                                      §
          Defendant(s).                               §

## PLRA REQUEST TO PLAINTIFF

Upon review, the Clerk notes you have neglected to file the documents that are checked below. Please complete and submit the indicated documents so your lawsuit can proceed to the Court for disposition.

☑ Request for Waiver of Service of Summons **(AO form 398)**
   (One for each defendant)

☐ Complaint **(local form A)**

☑ Application to Proceed *in forma pauperis* **(local form B)** or $405.00 filing fee

☑ Certificate of Inmate Account and Assets (**local form C**)

Complete and submit the documents, as marked above, to the office indicated below:

☐ **Office of the Clerk of Court**
   **District of ND, Western Division**
   **PO Box 1193**
   **Bismarck, ND 58502-1193**

☑ **Office of the Clerk of Court**
   **District of ND, Eastern Division**
   **655 First Avenue North, Suite 130**
   **Fargo, ND 58102-4932**

If the Clerk's office does not receive a response from you by March 31, 2026 your original documents will be returned to you as unfiled.